

*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★  ★ ★ ★

# MEMORANDUM OPINION

No. 04-11-00365-CV

**MATRIX ENGINEERING, LTD**.,
Appellant

v.

Pedro **COVARRUBIAS**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-11493
Honorable Antonia Arteaga, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  January 11, 2012

DISMISSED FOR WANT OF PROSECUTION

Appellant, Matrix Engineering, Ltd., appealed the trial court's judgment in Trial Court No. 2007-CI-11493. Appellant's brief was due October 31, 2011. Because appellant failed to file its brief we ordered appellant to file, on or before December 12, 2011**,** its appellant's brief and a written response reasonably explaining its failure to timely file the brief. We advised appellant that if it failed to file a brief and the written response by the date ordered, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c)

(court may dismiss appeal because appellant has failed to comply with a court order within the time provided). Appellant has not filed a brief or the written response ordered by the court.

We therefore **order** this appeal dismissed. We further **order** that appellee recover his costs in this appeal from appellant.

PER CURIAM